CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAGAR KARALE,

                Plaintiff,

    v.

JOSEPH B. EDLOW, Director, United States
Citizenship & Immigration Services, *et al.*,

                Defendants.

Case No. 5:26-cv-00051-VKD

**STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER**

Re: Dkt. No. 11

On March 10, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting the due date for April 8, 2026. Dkt. No. 8. The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 8, 2026.

Plaintiff filed this action seeking adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") approved Plaintiff's Form I-526E. In light of USCIS' action, the parties conferred and agree to stay litigation deadlines in this case for a limited time to allow the agency additional time to review Plaintiff's Form I-485. Accordingly, the parties stipulate and agree that (1) the Parties will file a joint status report with the

Stip. to Stay Proceedings
Case No. 5:26-cv-00051-VKD                1

Court by May 8, 2026, with any update on the status of adjudication of the subject application; and (2) in the event that an administrative resolution is not reached by June 8, 2026, the stay shall be automatically lifted, and Defendants shall file an answer to Plaintiff's complaint no later than June 22, 2026. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 8, 2026

Respectfully submitted[1],
CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 8, 2026

*/s/ Sagar Karale*
SAGAR KARALE
Pro Se Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 9, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case No. 5:26-cv-00051-VKD                    2