UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAGAR KARALE,

Plaintiff,

v.

JOSEPH EDLOW, et al.,

Defendants.

Case No. 26-cv-00051-VKD

**ORDER LIFTING STAY AND RESETTING CASE MANAGEMENT DEADLINES**

On January 5, 2026, plaintiff Sagar Karale filed this action against defendants United States Citizenship and Immigration Services ("USCIS") and Joseph Edlow, seeking to compel adjudication of his Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1.

On April 9, 2026, at the request of the parties and with their agreement, the Court stayed this action until June 8, 2026 and directed the parties to file a joint status report by May 8, 2026. Dkt. No. 12. On May 8, 2026, Mr. Karale filed a unilateral status report indicating that the parties were unable to reach an agreement on a joint statement. Dkt. No. 13. Mr. Karale advised the Court that his Form I-526E has been approved, but his Form I-485 remains pending. *Id.*

After defendants failed to participate in the filing of a joint status report by May 8, 2026, the Court issued another order directing defendants to file a status report advising the Court of the status of adjudication of Mr. Karale's Form I-485 application. Dkt. No. 14. The docket reflects that defendants did not file a status report in response to this order either.

In view of Mr. Karale's status report and defendants' failure to respond to the Court's orders, the Court lifts the stay and resets the case management deadlines, *see* Dkt. No. 3, as

follows:

1. Defendants shall file an answer to the complaint no later than **June 22, 2026**.

2. Defendants shall file a motion for summary judgment no later than **August 21, 2026**. Mr. Karale's opposition and/or counter-motion is due **30 days after service of defendants' motion**. Defendants' reply and/or opposition is due **14 days after service of Mr. Karale's opposition or counter-motion**. If Mr. Karale files a counter-motion, his reply is due **14 days after service of defendants' opposition**.

**IT IS SO ORDERED.**

Dated: May 12, 2026

Virginia K. DeMarchi
United States Magistrate Judge